UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSLYVANIA

IN RE : JOHN THOMAS STUCHKUS     : Chapter 13
: Case No.5:BK 23-02144
Debtor     :

## DEBTOR'S ANSWER TO
## TRUSTEE'S MOTION TO DISMISS

Debtor, by and through his counsel, Kevin M Walsh, Esquire answers the Motion To Dismiss, as follows:

1. Admitted.

2. Admitted, such have not been filed. By way of further answer, Debtor Is experiencing difficulty obtaining and providing counsel with copies of the pay advise information for March, April and May 2023.

Except for this missing information, all other information has been included into the prepared but unfiled schedules and plan.

3. Admitted.

WHEREFORE, Debtor respectfully requests the Motion To Dismiss be denied together with such other and further relief as this court deems just and appropriate.

_____
Kevin M Walsh, Esquire
297-299 Pierce Street
Kingston, PA 18704
570-283-3041
kmwesq@aol.com

# CERTIFICATE OF SERVICE

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the foregoing Answer To Motion was forwarded to the below named on the 2nd day of November, 2023, as follows:

**Jack Zaharopoulos, Trustee**
**8125 Adams Drive, Suite A**
**Filing**
**Hummelstown, PA 17036**

- **By Clerk's Notice of Electronic**

**John Thomas Stuchkus**

- **By First Class Mail**

/s/Kevin M. Walsh
Kevin M. Walsh, Esquire
Attorney I.D. No. 35209
Attorney for Debtor
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041
kmwesq@aol.com